UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY EDISON WALLACE and LANA WALLACE,<br><br>        Plaintiffs,<br><br>    v.<br><br>ISLAND COUNTY, et al.,<br><br>        Defendants. | No. C09-823 RSL<br><br><br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT TWO DEPOSITIONS |

This matter comes before the Court on plaintiffs' motion for leave to conduct two additional depositions and for a short two-week continuance of discovery cutoff to take the depositions. Dkt. #87. Plaintiffs argue that the need for these depositions became apparent upon a review of defendants' summary judgment reply which presented facts which were inconsistent with previously provided discovery. Id., at 2, fn.1. Plaintiffs also argue that they "do not anticipate either of the depositions taking longer than three hours." Id. at 2. On May 31, 2011, eight days after defendants' response was due, defendants filed a response. Dkt. #97. The Court strikes defendants' tardy response.

Defendants will not be prejudiced if the Court grants leave to take two depositions. For all the foregoing reasons, the Court GRANTS plaintiffs' leave to take two additional depositions. Fed. R. Civ. P. 30(a)(2), 26(b)(2)(A) ("the court may alter the limits in these rules

ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO TAKE DEPOSITIONS- 1

on the number of depositions"). The depositions shall be taken within two weeks of the date of this Order.

DATED this 7th day of June, 2011.

*MRT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO TAKE DEPOSITIONS- 2